UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KISSI<br>325 Pennsylvania Ave. S.E.<br>Washington, DC 20003[1]<br>   Plaintiff,<br><br>v.<br><br>JUDGE PETER J. MESSITTE,<br>UNITED STATES DISTRICT COURT<br>6500 Cherrywood Lane<br>Greenbelt, MD 20770<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  -<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Judge Peter J. Messitte hereby files this Notice of Removal and states as follows:

1. The Honorable Peter J. Messitte, a United States District Court Judge, has been named as the defendant in a civil action now pending in the Superior Court of the District of Columbia, Civil Division, entitled Kissi v. Messitte (08-CA-003989).

2. The statement of claim in the Superior Court case, attached hereto as Exhibit A, alleges that Defendant Messitte "acting in his self interest and not as an impartial judge at the Federal Courthouse in Greenbelt, MD sought to deprive unlawfully, the Plaintiff, his spouse, their business - DK&R company and their Ammendale Living Trust of their assets by abusing his discretion as a federal judge ." Complaint, p. 1.

3. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, and 1442 (a)(1), and 1446, since plaintiff's action against Judge Messitte is one in which the District Court has

---

[1] Although the case caption of the Complaint lists a Washington, DC address, Plaintiff also lists his current address at the Federal Satellite Low Elkton Prison Facility; P.O. Box 10, Lisbon, Ohio Register No:39348-037. Defendant will mail copies of this filing to both addresses.

original jurisdiction.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia, is properly removed therefrom to this Court pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
WYNEVA JOHNSON, D.C. BAR # 278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7224

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KISSI<br>325 Pennsylvania Ave. S.E.<br>Washington, DC 20003<br><br>    Plaintiff,<br><br>    v.<br><br>JUDGE PETER J. MESSITTE,<br>UNITED STATES DISTRICT COURT<br>6500 Cherrywood Lane<br>Greenbelt, MD 20770<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.   -<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WESTFALL CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in <u>Kissi v. Messitte,</u> pending in the Superior Court for the District of Columbia, Civil Action No. 08-003989 (Thomas Motley) (filed May 12, 2008), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that federal defendant Peter J. Messitte was acting within the scope of his employment as an employee of the United States at the time of the alleged incidents.

July 15, 2008

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney
Chief, Civil Division

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing has been made by mailing copies thereof to:

DAVID KISSI
325 Pennsylvania Ave. S.E.
Washington, DC 20003

DAVID KISSI
Register No:38348-037
Federal Satellite Low Elkton
P.O. Box 10
Lisbon, Ohio

in this 15th day of July, 2008.

WYNEVA JOHNSON, D.C. BAR # 278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7224

**SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID KISSI <br> 325 Pennsylvania Ave. S.E. <br> Washington, DC 20003[1] <br>       Plaintiff, <br><br> v. <br><br> JUDGE PETER J. MESSITTE, <br> UNITED STATES DISTRICT COURT <br> 6500 Cherrywood Lane <br> Greenbelt, MD 20770 <br>       Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 08 - CA-003989 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING OF NOTICE
OF REMOVAL OF A CIVIL ACTION**

TO:   DAVID KISSI                          DAVID KISSI
         325 Pennsylvania Ave. S.E.     Register No:38348-037
         Washington, DC 20003          Federal Satellite Low Elkton
                                                         P.O. Box 10
                                                         Lisbon, Ohio

       PLEASE TAKE NOTICE that on July 15, 2008, the United States of America filed with the Clerk of the United States District Court for the District of Columbia and with the Clerk of the District of Columbia Superior Court a Notice of Removal of the above-entitled action. A copy of the Notice of Removal is attached hereto. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

---

[1] The case caption of the Superior Court Complaint lists the referenced Washington, DC address. Plaintiff, however, has also listed a current address at Federal Satellite Low Elkton, P.O. Box 10, Lisbon, Ohio, Register No:38348-037. Defendant will mail copies of this filing to both addresses.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
WYNEVA JOHNSON, D.C. BAR # 278515
Assistant United States Attorney
555 Fourth Street, N.W., E-4106
Washington, D.C. 20530
(202)514-7224

Attorneys for Defendant

At the D.C. Superior Court
500 Indiana Avenue, NW
Washington, DC 20001

David Kissi,
325 Pennsylvania Ave, SE
Washington, DC 20003
v.
Judge Peter J. Messitte,
U.S. District Court
6500 Cherrywood Lane
Greenbelt, MD 20770



Plaintiff
FILED
CIVIL ACTIONS BRANCH
MAY 1 2 2008
Defendant
Superior Court
of the District of Columbia
Washington, D.C.

Case #: _____

0003989

**Complaint of $100 Million Against Defendant Individually for
Maliciously Depriving Plaintiff et al of Their 1st and 5th Amendment Rights**

Count I

That Peter J. Messitte, acting in his self-interest and not as an impartial federal judge at the Federal courthouse in Greenbelt, MD sought to deprive unlawfully, the Plaintiff, his spouse, their business-DK&R Company and their Ammendale Living Trust of their assets by abusing his discretion as a federal judge. That Peter J. Messitte, aware that creditor Pramco had no valid claim against Plaintiff's DK&R Chapter 7 Estate, ignored Plaintiff's Objections and summarily granted Pramco combined fraudulent summary judgments of $855,000 against Plaintiff, his spouse, their Living Trust and Chapter 7 business Estate. That Defendant thereafter hastily drafted a broad and unlawful Restraining Order that Pramco and Messitte used to strip the Plaintiff et al of their $3 million worth of assets, liquidate them at a few cents on the dollar to pay off Pramco's bogus $855,000 summary judgments. The Defendant charged Plaintiff and his spouse with criminal contempt for violating the said Restraining Order, then eventually Judge Messitte coordinated with Rod Rosenstein, the U.S. Attorney for Maryland, who added other charges that Plaintff has threatened Judge Messitte and Bankruptcy Judge E. Stephen Derby of Baltimore and had Plaintiff tried, convicted and thrown into jail and then had him nearly deported. That at trial in U.S. v. Kissi, both Judges Messitte and Derby testified as prosecution witnesses. As a result, Judge Derby has recused himself from all cases involving the Plaintiff et al. But Judge Messitte, in definance of 28 USC § 455 that says that a judge cannot sit on a case of a defendant he has been a witness against, still continues to handle cases involving Plaintiff et al, i.e. Judge Messitte will not release a $5,000 residual due the Plaintiff so that Plaintiff can hire a lawyer to get him out of jail: Messitte refuses to cite for criminal contempt one



1

James Ryan, a disbarred D.C. attorney who defied a court order related to the liquidation of Plaintiff et al's assets. And further in defiance of the federal rule book, Judge Messitte still refuses to issue orders of default judgments against Walter Weir et al; his pal, Paul Kramer of Baltimore; Bennett and Bair; and Katherine Levin. Judge Messitte has also refused to discharge Receiver Richard E. Greenberg. And as a result of Judge Messitte's failure to act, Plaintiff has been unable to hire counsel to bail him out of jail. That Plaintiff has lost his assets, his business and his freedom. That Judge Messitte still refuses to dissolve the unlawful Injunction 5 years long after Pramco has fully been paid. And as a result, Plaintiff's spouse who has never insulted any judge, nor filed a vexatious suit, has had her paycheck garnished and all her assets taken away by Pramco based on the summary orders of Judge Messitte and has had her 1st and 5th Amendment Rights violated.

### Jurisdiction

This court has jurisdiction because Plaintiff is a D.C. resident and has operated his self-employment business in D.C. for 25 years. Defendant, too, does business in D.C.

### Conclusion
### Request for In Pauperis Waiver of Filing Fee, Appointment of Counsel and A Jury Trial

That Plaintiff has made at least a showing that Defendant has abused his discretion and using the federal bench and his black robe has sought to unlawfully deprive the Plaintiff et al of their assets, 1st and 5th Amendment Rights. That the Defendant continues to do so even though as a prosecution witness he is required by law not to handle any case involving the Plaintiff et al. That since the Plaintiff has no other remedy, Plaintiff resorts to this court action to seek relief. That Plaintiff seeks a jury trial and asks this court to waive the filing fee for he is indigent and he is already approved by the 4th Circuit Appellate Court in Richmond, VA to proceed under the Justice Department Criminal Justice Act program. See p.4 for a copy of the 4th Circuit Approval. That this court should also appoint Plaintiff a good and honest counsel to represent him et al to seek relief per mediation/arbitration over Judge Messitte's personal vendetta. That Plaintiff pleads that he and his spouse should also be compensated by Judge Messitte personally for $100 million for his malicious abuse of discretion in helping Pramco to pursue and collect fraudulent judgments against them; for having Plaintiff Kissi falsely jailed and nearly having Kissi deported; and for deliberately causing Plaintiff Kissi to lose his business and his 1st and 5th Amendment Rights. That this court should construe or rule on this complaint in a light most favorable to the Plaintiff because Plaintiff is not a lawyer nor has he ever been trained to draft court complaints, motions and claims. See U.S. Supreme

2

Court rulings in re: Haines and Kerner, 404 U.S. 519, 30 L Ed 2d 62 1972; Cruz v. Beto, 405 U.S. 319 (1972); Lawler v. Marshall, 898 F.2d 1196 (6th Circuit 1990); and Hill v. U.S., 368 U.S. 424, 430 (1962).

Respectfully Submitted by: *David Kissi*

David Kissi, (#38348-037), Plaintiff
Federal Satellite Low Elkton
PO Box 10
Lisbon, OH 44432

### Certificate of Service

That on this day of 5/12/08 I did request per U.S. Marshals Service the delivery of a copy of this Motion to Defendant Peter J. Messitte, U.S. District Court Judge, 6500 Cherrywood Lane, Greenbelt, MD 20770.

*David Kissi*
David Kissi

A TRUE COPY
TEST: 6-19-08
Clerk, Superior Court of
the District of Columbia
By _Edward M_
Deputy Clerk

3

JS-44
(Rev. 2/01 DC)

# CIVIL COVER SHEET

B
08-1213
CKK

### I (a) PLAINTIFFS

DAVID KISSI
325 Pennsylvania Ave. S.E.
Washington, DC 20003

RECEIVED
U.S. COURT OF APPEALS
FOR THE DC CIRCUIT
2008 JUL 15 PM 10:10
FILING DEPOSITORY

### DEFENDANTS

JUDGE PETER J. MESSITTE
United States District Court
6500 Cherrywood Lane
Greenbelt, MD 20770

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____11001_____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: In land condemnation cases, use the location of the tract of land involved

### (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

DAVID KISSI (Plaintiff Pro Se)
325 Pennsylvania Ave. S.E.
Washington, D.C. 20003

Case: 1:08-cv-01213
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 7/16/2008
Description: PI/Malpractice

## II BASIS OF JURISDICTION
(SELECT ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (SELECT ONE FOR PLAINTIFF AND ONE FOR DEFENDANT)
( FOR DIVERSITY CASES ONLY!)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Select one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
- [ ] 410 Antitrust

### ● B. Personal Injury/ Malpractice
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [X] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- [ ] 151 Medicare Act

**Social Security:**
- [ ] 861 HIA ((1395ff))
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**Other Statutes**
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**Personal Property**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**Bankruptcy**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**Property Rights**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**Forfeiture/Penalty**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**Federal Tax Suits**
- [ ] 870 Taxes (US plaintiff or defendant)
- [ ] 871 IRS-Third Party 26 USC 7609

**Other Statutes**
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced & Corrupt Organizations
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 900 Appeal of fee determination under equal access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. Habeas Corpus/2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ○ 1 Original Proceeding
- ◉ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. §§ 1441, and 1442 (a)(1), and 1446

**VII. REQUESTED IN COMPLAINT**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Select YES only if demanded in complaint
JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)    ☐ YES  ☒ NO    If yes, please complete related case form.

DATE 7/15/08    SIGNATURE OF ATTORNEY OF RECORD  *Wynera Johnson*

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

    The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

    I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

    III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

    IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

    VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

    VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

    Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.