UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KISSI </br>             Plaintiff, </br></br> v. </br></br> JUDGE PETER J. MESSITTE </br></br>             Defendant. | )</br>)</br>)</br>)</br>) Civil Action No. 08-1213 (CKK)</br>)</br>)</br>)</br>)</br>) |

### MOTION TO AMEND CASE CAPTION
### AND MEMORANDUM IN SUPPORT THEREOF

The United States[1] hereby moves, pursuant to Rules 16 and 25 of the Federal Rules of Civil Procedure, to amend the case caption in the above civil action to reflect the United States, the real party in interest, as the sole Federal Defendant in the case.

Plaintiff commenced this action against the Honorable Peter J. Messitte, United States District Court Judge, District of Maryland, who at the time of the incidents alleged, was employed as a federal judge. A Certification, pursuant to 28 U.S.C. § 2679, certifies that Judge Messitte was acting within the scope of his authority as an employee of the United States at the time of the events alleged in the Complaint filed in the Superior Court for the District of Columbia.[2]

Upon such a certification, the action "shall be deemed to be an action or proceeding brought against the United States under the provisions of [title 28 of the United States Code] and

---

[1] Pursuant to 28 U.S.C. § 2679(d), the United States of America is substituted for Judge Messitte and as explained herein, the sole remaining Defendant.

[2] This Certification was filed on July 15, 2008 and addressed the allegations in the Complaint. Pursuant to that Certification, this action was removed to this Court from the Superior Court for the District of Columbia.

all references thereto, and the United States shall be substituted as the party defendant." 28 U.S.C. § 2679(d)(2).

In light of the foregoing, Federal Defendant requests that the Court amend the case caption in the above civil action to reflect the United States as the sole federal defendant in the case.[3]

Counsel could not contact plaintiff, a pro se prisoner, to ascertain his views on the filing of this motion.

A proposed Order consistent with the foregoing motion is attached hereto.

Respectfully submitted,

\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

\_\_\_/s/_____
WYNEVA JOHNSON, D.C. BAR # 278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Room E4106
Washington, D.C. 20530
(202) 514-7224

---

[3] Defendant does not hereby waive any defense that might be available under Fed. R. Civ. P. 12, including immunity from suit.

## CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that a copy of the foregoing has been mailed, postage prepaid, this

<u>17th</u> day of July 2008 to:

| | |
|---|---|
| DAVID KISSI | DAVID KISSI |
| 325 Pennsylvania Ave. S.E. | Register No:38348-037 |
| Washington, DC 20003 | Federal Satellite Low Elkton |
| | P.O. Box 10 |
| | Lisbon, Ohio 44432 |

                              /s/
                            WYNEVA JOHNSON
                            Assistant United States Attorney
                            Judiciary Center Building
                            555 4th Street, N.W.
                            Room E4106
                            Washington, D.C. 20530
                            (202) 514-7224

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KISSI ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 - 1213 (CKK) |
| ) | |
| JUDGE PETER J. MESSITTE ) | |
| ) | |
|    Defendant. ) | |

**ORDER**

UPON CONSIDERATION of the federal defendant's Motion To Amend Case Caption, And Memorandum In Support Thereof, the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2008,

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the United States of America be and hereby is deemed substituted as the sole federal defendant in this action, in place of defendant Peter Messitte, and that the caption in the case be and hereby is amended to reflect that substitution.

_____
_____UNITED STATES DISTRICT JUDGE

Copies to:

WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20539

DAVID KISSI
325 Pennsylvania Ave. S.E.
Washington, DC 20003

DAVID KISSI
Register No:38348-037
Owings Mills, MD 21117
Federal Satellite Low Elkton
P.O. Box 10
Lisbon, Ohio 44432