UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KISSI )<br>   Plaintiff, )<br>)<br>)<br>  v. )<br>)<br>JUDGE PETER J. MESSITTE )<br>)<br>   Defendant. )<br>_____) | Civil Action No. 08 - 1213 (CKK) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant respectfully moves the Court for an enlargement of time until September 12, 2008, to answer or otherwise respond to the plaintiff's Complaint.[1] A scheduling order has not been entered in this case. This is defendant's first request for an enlargement of time. Plaintiff could not be reached to ascertain his views on the filing of this motion.

The case was originally filed in the Superior Court of the District of Columbia, but it was removed to the District Court on July 15, 2008. Fed. R. Civ. P. 81 (c) requires a defendant to answer or present other defenses within 20 days after receipt through service or otherwise of a copy of the initial pleading, within five days after the filing of the petition for removal, whichever is longer.

The additional time is requested so that counsel can complete the coordination and discussions for the filing of defendant's answer or response to the complaint.

---

[1] Undersigned counsel currently represent the individual defendant only for purposes of seeking this enlargement of time. Defendant Messitte does not hereby waive any defense or defenses that may be available to him pursuant to Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

Such enlargement is consistent with the 60-day period that the United States is accorded to respond to Complaints under Fed. R. Civ. P. 12(a)(3). There is good cause for the Court to grant this motion.

Wherefore, it is respectfully requested that defendant have up to and including September 12, 2008 to answer or otherwise respond to plaintiff's Complaint.

Respectfully submitted,


___/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

___/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

___/s/_____
WYNEVA JOHNSON, D.C. BAR # 278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Room E4106
Washington, D.C. 20530
(202) 514-7224

**CERTIFICATE OF SERVICE**

_____I HEREBY CERTIFY that a copy of the foregoing has been mailed, postage prepaid, this

 17th   day of July, 2008 to:

DAVID KISSI  
325 Pennsylvania Ave. S.E.  
Washington, DC 20003

DAVID KISSI  
Register No:38348-037  
Federal Satellite Low Elkton  
P.O. Box 10  
Lisbon, Ohio 44432

_____/s/_____  
WYNEVA JOHNSON  
Assistant United States Attorney  
Judiciary Center Building  
555 4th Street, N.W.  
Room E4106  
Washington, D.C. 20530  
(202) 514-7224

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KISSI                      ) | |
|     Plaintiff,            ) | |
|                                      ) | |
| v.                                          ) | Civil Action No.  08 - 1213 (CKK) |
| JUDGE PETER J. MESSITTE   ) | |
|     Defendant.           ) | |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion for an Enlargement of Time, any Opposition thereto, and for good cause shown, it is this ____ day of _____ 2008,

ORDERED, that the defendant's motion should be, and it hereby is, GRANTED, and that defendant shall have up to and including September 12, 2008, to answer or otherwise respond to the plaintiff's Complaint.

_____UNITED STATES DISTRICT JUDGE

Copies to:

WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C.  20539

DAVID KISSI
325 Pennsylvania Ave. S.E.
Washington, DC 20003

DAVID KISSI
Register No:38348-037
Owings Mills, MD 21117
Federal Satellite Low Elkton
P.O. Box 10
Lisbon, Ohio 44432