UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAVID KISSI            )
         Plaintiff,    )
                       )
                       )
    v.                 )  Civil Action No. 08 - 1213 (CKK)
                       )
JUDGE PETER J. MESSITTE )
                       )
         Defendant.    )
_____)

## ORDER

UPON CONSIDERATION of the federal defendant's Motion To Amend Case Caption, *pursuant to 28 USC §2679 (d)(2)*, And Memorandum In Support Thereof, the grounds stated therefor, and the entire record herein, *Westfall Declaration* it is on this 17th day of July, 2008,

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the United States of America be and hereby is deemed substituted as the sole federal defendant in this action, in place of defendant Peter Messitte, and that the caption in the case be and hereby is amended to reflect that substitution.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C.  20539

DAVID KISSI
Register No:38348-037
Owings Mills, MD 21117
Federal Satellite Low Elkton
P.O. Box 10
Lisbon, Ohio 44432

DAVID KISSI
325 Pennsylvania Ave. S.E.
Washington, DC 20003