UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DAVID KISSI,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-1213 (CKK) |
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the complaint is DISMISSED for lack of subject matter jurisdiction. It is further

ORDERED that all other pending motions are DENIED as moot.

This is a final, appealable order. *See* Fed. R. App. P. 4.

                                            /s/
                                COLLEEN KOLLAR-KOTELLY
Date: August 5, 2008          United States District Judge

COPY TO PLAINTIFF:

David Kissi, Reg. No. #38348-037
Federal Satellite Low Elkton
P.O. Box 10
Lisbon, OH 44432

and

David Kissi

325 Pennsylvania Avenue, SE
Washington, DC 20003