Case # 08-1213 (CKK)

David Kossi                    Plaintiff

V.

Judge Peter J. Messitte            Defendant

Notice of Appeal against CKK's Order of 7/17/08.

That the plaintiff moves this Court and notifies he intends to file timely an appeal against the above Summary Order. And that all appeal filing fees should be waived since plaintiff has already been approved to proceed under CJA Act. See Exhibit C hereby attached.

Respectfully Submitted by D. Kossi
Plaintiff
Camp Elkton, OH 38348-037.
Dated 8/2/08.