Letter
No.
Dated
8/23/08

Case # 08-1213 (CKK)

David Kissi                                  Plaintiff

v.

Federal Judge Peter J. Messitte              Defendant

**RECEIVED**
AUG 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: Notice of Appeal

Please, the clerk of this court should note that the plaintiff is filing this notice timely to appeal Judge Colleen K. Kotteys unlawful Order she issued on 8/08 dismissing the charge of Racketeering against Peter J. Messitte.

That plaintiff further pleads that the appeals court fine of $455 should be waived for hardship. See enclosed inpauppers form.

Respectfully submitted by D.K.
Plaintiff & Crime Victim
Camp Elkton, OH 44432
BOP # 38245034
SHU/Hole 232 U.


AUG 2 7 2008