AO 240 (Rev. 10/03)

Case# 08-1213 CKK

# UNITED STATES DISTRICT COURT

_____U S_____ District of _____DC_____

David [Kiss?], Plaintiff

V.

Peter J. Merritt, Defendant Judge

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

RECEIVED
AUG 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 08-1213

I, _____Plaintiff_____ declare that I am the (check appropriate box)

G petitioner/plaintiff/movant       G other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   (G) Yes   G No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____Camp Elkton, OH 44432_____

   Are you employed at the institution? __no__ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   G Yes   (G) No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __n/a__

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. I was self employed as a copy paper distributor for 26 years. I did not take any salary but I lived off my rental income. But Judge PJ Merritt signed the rental properties

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   G Yes   (G) No
   b. Rent payments, interest or dividends              G Yes   (G) No
   c. Pensions, annuities or life insurance payments    G Yes   (G) No
   d. Disability or workers compensation payments       G Yes   (G) No
   e. Gifts or inheritances                             G Yes   (G) No
   f. Any other sources                                 G Yes   (G) No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. __n/a__

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes    ☐ No

   If "Yes," state the total amount.   $100

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☒ Yes    ☐ No

   If "Yes," describe the property and state its value.
   I am a beneficiary of a life Insurance policy, an Investment and a Trust A/C. But I do not know what is its worth since I am now falsely imprisoned and I do not have that information readily available.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   Yes, before my incarceration, I was supporting about 25 individuals or family members in W. Africa. But my incarceration has dried up my source of income.

I declare under penalty of perjury that the above information is true and correct. pursuant to 28 USC Section 1746.

_____8/23/08_____    _____D. [signature]_____
        Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.