UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KISSI, </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES OF AMERICA, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> )  Civil Action No. 08-1213 (CKK) </br> ) </br> ) </br> ) </br> ) |

## CERTIFICATION

David Kissi has moved for permission to proceed *in forma pauperis* in an appeal from this Court's dismissal of his complaint for lack of subject matter jurisdiction. Mr. Kisse had been permitted to proceed *in forma pauperis* in this Court based on a like determination made in the Superior Court for the District of Columbia before the case was removed.

The complaint sought damages for alleged constitutional torts by a federal judge acting in his official capacity. The complaint was dismissed because there is no waiver of sovereign immunity for constitutional torts and because a federal judge enjoys absolute immunity for conduct in his official capacity. An appeal from this dismissal is without merit and not taken in good faith. Accordingly, pursuant to Fed. R. App. P. 24(3)(A), it is hereby

CERTIFIED that the appeal is not taken in good faith. The Clerk of Court is directed to transmit copies of this Certification to the parties and the Court of Appeals.

                                                                 /s/
                                                     COLLEEN KOLLAR-KOTELLY
Date: August 29, 2008                               United States District Judge